B1 (Official Form 1) (4/13)

# United States Bankruptcy Court
## MIDDLE DISTRICT OF NORTH CAROLINA

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>*Abbington Partners, LLC, a limited liability company* | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *45-2807329* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*6 Consultant Place, Suite 100A*<br>*Durham, NC*<br>ZIPCODE **27707** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: *Durham* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:
_____
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [X] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [X] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
- [X] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] Over 100,000

**Estimated Assets**
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [X] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

**Estimated Liabilities**
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [X] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

B1 (Official Form 1) (4/13) FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Abbington Partners, LLC,** <br> **a limited liability company** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: <br> **MASSACHUSETTS** | Case Number: <br> **13-10224-JNF** | Date Filed: <br> **Janaury 2013** |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ 6/20/2014 <br> Signature of Attorney for Debtor(s)                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                           FORM B1, Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Abbington Partners, LLC,** <br> **a limited liability company** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *James Mitchell* (signature)
Signature of Authorized Individual

**James Mitchell**
Printed Name of Authorized Individual

**Officer**
Title of Authorized Individual

**6/20/2014**
Date

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In re  *Abbington Partners, LLC*  
       *a limited liability company*

Case No.  
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Frank Iacono<br>6 Donald Court West<br>Blue Point NY 11715 | Phone:<br>Frank Iacono<br>6 Donald Court West<br>Blue Point NY 11715 | Business dispute | U D S | $ 575,584.83 |
| 2<br>South Haven Financial, LLC<br>6 Donald Court West<br>Blue Point NY 11715 | Phone:<br>South Haven Financial, LLC<br>6 Donald Court West<br>Blue Point NY 11715 | Business dispute | D S | $ 375,584.83 |
| 3<br>Cean Howman<br>2090 Serena Avenue<br>Clovis CA 93619 | Phone:<br>Cean Howman<br>2090 Serena Avenue<br>Clovis CA 93619 | Software development services | | $ 200,000.00 |
| 4<br>George Durkee<br>7660 Allen Road<br>Clarkston MI 48348 | Phone:<br>George Durkee<br>7660 Allen Road<br>Clarkston MI 48348 | Software development services | | $ 200,000.00 |
| 5<br>Trevor Clement<br>236 South Main Street<br>Fall River MA 02721 | Phone:<br>Trevor Clement<br>236 South Main Street<br>Fall River MA 02721 | Legal services provided | D S | $ 110,000.00 |

Page 1

B4 (Official Form 4) (12/07)

_____,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 6<br>Powers & Merchant, PLLC<br>1400 E. Southern Ave. # 620<br>Tempe AZ 85282 | Phone:<br>Powers & Merchant, PLLC<br>1400 E. Southern Ave. # 620<br>Tempe AZ 85282 | Business dispute | D<br>S | | $ 90,584.83 |
| 7<br>Ralph Griesenbeck<br>6 Consultant Place, Suite 100A<br>Durham NC 27707 | Phone:<br>Ralph Griesenbeck<br>6 Consultant Place, Suite 100A<br>Durham NC 27707 | Software development services | | | $ 66,328.00 |
| 8<br>Alex Abyzov<br>141 Jewett Street<br>Newton MA 02458 | Phone:<br>Alex Abyzov<br>141 Jewett Street<br>Newton MA 02458 | Software development services | | | $ 66,000.00 |
| 9<br>Bradley Abbas<br>3001 East Camelback Road # 130<br>Melrose MA 02176 | Phone:<br>Bradley Abbas<br>3001 East Camelback Road # 130<br>Melrose MA 02176 | Legal services provided | | | $ 50,000.00 |
| 10<br>John DerBoghosian<br>114 Marion Street<br>Wilmington MA 01887 | Phone:<br>John DerBoghosian<br>114 Marion Street<br>Wilmington MA 01887 | Software development services | U<br>D<br>S | | $ 49,000.00 |
| 11<br>Karen Mitchell<br>6 Consultant Place, Suite 100A<br>Durham NC 27707 | Phone:<br>Karen Mitchell<br>6 Consultant Place, Suite 100A<br>Durham NC 27707 | Loan | | | $ 45,000.00 |
| 12<br>Dale Malone<br>79 Forest Avenue<br>Cohasset MA 02025 | Phone:<br>Dale Malone<br>79 Forest Avenue<br>Cohasset MA 02025 | Legal services provided | U<br>D<br>S | | $ 41,643.84 |
| 13<br>Brian Rowe<br>77 Corey Street<br>West Roxbury MA 02132 | Phone:<br>Brian Rowe<br>77 Corey Street<br>West Roxbury MA 02132 | Software development services | | | $ 40,000.00 |

B4 (Official Form 4) (12/07)

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>James Hammond<br><br>100 Cummings Center, #324-D<br>Beverly MA  01915 | Phone:<br>James Hammond<br>Emerging Markets Direct<br>100 Cummings Center, #324-D<br>Beverly MA  01915 | Loan | | $ 36,000.00 |
| 15<br>Sharmili P. Das<br>600 West Cummings Park #5600<br>Woburn MA 01801 | Phone:<br>Sharmili P. Das<br>600 West Cummings Park #5600<br>Woburn MA 01801 | Landlord dispute | D<br>S | $ 31,075.89 |
| 16<br>Roshan Modi<br>One Aberdeen Way, Apt. 212<br>Cambridge MA 02138 | Phone:<br>Roshan Modi<br>One Aberdeen Way, Apt. 212<br>Cambridge MA 02138 | Landlord | D<br>S | $ 29,000.00 |
| 17<br>Kalnex Limited Partnership<br>P.O. Box 81335<br>Wellesley Hills MA 02481 | Phone:<br>Kalnex Limited Partnership<br>P.O. Box 81335<br>Wellesley Hills MA 02481 | Landlord | | $ 12,247.70 |
| 18<br>Dow Jones<br><br>300 Trade Center # 3700<br>Andover MA  01810 | Phone:<br>Dow Jones<br>Cohn & Dussi<br>300 Trade Center # 3700<br>Andover MA  01810 | Advertising | | $ 7,693.19 |
| 19<br>W.B. Mason<br>59 Centre Street<br>Brockton MA 02301 | Phone:<br>W.B. Mason<br>59 Centre Street<br>Brockton MA 02301 | Office supplies | | $ 7,500.00 |
| 20<br>Stamatis Astra<br>255 Beacon Street<br>Boston MA 02113 | Phone:<br>Stamatis Astra<br>255 Beacon Street<br>Boston MA 02113 | Landlord | | $ 7,467.44 |

Page  3

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *James Mitchell*, *Officer* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *6/20/2014*

Signature: *[signed] James Mitchell*
Name: *James Mitchell*
Title: *Officer*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In re **Abbington Partners, LLC,**
    **a limited liability company**

Case No.
Chapter **11**

_____ / Debtor

Attorney for Debtor: **In Pro Per**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: 6/20/2014

_____
Debtor

Steven Giacalone
P.O. Box 26
Chelmsford, MA   01824

Ralph Griesenbeck
6 Consultant Place, Suite 100A
Durham, NC   27707

Patrick M. Groulx
P.O. Box 760656
Melrose, MA   02176

James Hammond
Emerging Markets Direct
100 Cummings Center, #324-D
Beverly, MA   01915

Cean Howman
2090 Serena Avenue
Clovis, CA   93619

Iacono Law, LLC
6 Donald Court West
Blue Point, NY   11715

Kalnex Limited Partnership
P.O. Box 81335
Wellesley Hills, MA   02481

Keith MacKay
Tripzon
One Marina Park Drive # 1400
Boston, MA   02210

Dale Malone
79 Forest Avenue
Cohasset, MA   02025

W.B. Mason
59 Centre Street
Brockton, MA   02301

Bimal Raj Merchant
1400 E. Southern Ave. # 620
Tempe, AZ   85282

Metro Cab
120 Braintree Street
Allston, MA   02134

James Mitchell
6 Consultant Place, Suite 100A
Durham, NC   27707

James Mitchell
6 Consultant Place, Suite 100A
Durham, NC   27704

Karen Mitchell
6 Consultant Place, Suite 100A
Durham, NC   27707

Roshan Modi
One Aberdeen Way, Apt. 212
Cambridge, MA   02138

Nicholas Grasso
23 Brooks Road
Lincoln, MA   01773

Michael Nowicki
26 Aspen Court
Nanuet, NY   10954

NStar
P.O. Box 660369
Dallas, TX   75266

Pacer Service Center
P.O. Box 71364
Philadelphia, PA   19176

Pitney Bowes
2225 American Way
Neenah, WI   54956

Thomas M. Poaps
164 Pearl Street
Cambridge, MA   02139

Poland Springs Direct
P.O. Box 856192
Louisville, KY   40285

Powers & Merchant, PLLC
1400 E. Southern Ave. # 620
Tempe, AZ   85282

John M. Powers
4421 N 75th Place # 102
Tempe, AZ   85281

Brian Rowe
77 Corey Street
West Roxbury, MA  02132

Jonathan Rubin
42 Garden Street
Cambridge, MA  02138

Michael Salem
47 Carter Road
Kent, CT  06757

South Haven Financial, LLC
6 Donald Court West
Blue Point, NY  11715

Stamatis Astra
255 Beacon Street
Boston, MA  02113

Verizon
340 Washington Street
Boston, MA  02108

Village Software, Inc.
186 Lincoln Street
Boston, MA  02111

Bradley Abbas
3001 East Camelback Road # 130
Melrose, MA   02176

Alex Abyzov
141 Jewett Street
Newton, MA   02458

Belmont Spring Company
P.O. Box 660578
Dallas, TX   75266

David J. Byer
66 Gosport Road
Portsmouth, NH   03801

William Caven
180 Mountain Avenue, Apt. 3
Malden, MA   02148

Chardon Law
One State Street, 12th floor
Boston, MA   02109

Trevor Clement
236 South Main Street
Fall River, MA   02721

Cohan Rasnick Myerson & Plaut, LLP
One State Street, 12th floor
Boston, MA   02109

Sharmili P. Das
600 West Cummings Park # 5600
Woburn, MA   01801

John DerBoghosian
114 Marion Street
Wilmington, MA   01887

Dow Jones
Cohn & Dussi
300 Trade Center # 3700
Andover, MA   01810

George Durkee
7660 Allen Road
Clarkston, MI   48348

Frank Iacono
6 Donald Court West
Blue Point, NY   11715